[No. 3,856.]

EZEIKEL HALL v. THE CENTRAL PACIFIC RAIL-
ROAD COMPANY.

CHANGE OF VENUE.—When a defendant moves to change the place of trial to
the county where he resides, the Court should deny the motion, if it ap-
pears that the convenience of witnesses requires the cause to be tried in
the county where it is pending.

APPEAL from the District Court, Fifth Judicial District,
County of San Joaquin.

The facts are stated in the opinion.

*S. W. Sanderson,* for the Appellant.

*Terry & McKinne,* for the Respondent.

By the Court, CROCKETT, J.:

The action was commenced in San Joaquin county, and
the defendant moved to change the place of trial to Sacra-
mento county, the place of its residence. The motion was
resisted on the ground that the convenience of witnesses
required that the action be tried in San Joaquin. The mo-
tion was denied, and the defendant appeals from the order
denying it. The action was commenced after the Code of
Civil Procedure took effect. In *Edwards* v. *Southern Pacific
Railroad Company* (48 Cal. 460), we held that under the
former Practice Act, in a similar case, the place of trial
ought not to be changed, if the convenience of witnesses
required that the action be tried in the county where it was
pending. The Code of Civil Procedure has made no change
in the law, which requires a modification of the rule, and
the rule has been so long established that we do not feel at
liberty to depart from it. The authorities are fully referred
to in the case cited, and need not be repeated here. It was
satisfactorily shown at the hearing of the motion that the
convenience of witnesses required the action to be tried in
San Joaquin.

Order affirmed.